# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0554
Lower Tribunal No. CF14-008837-XX

_____

ANTONIO D. TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Antonio D. Taylor, Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, Christopher Manon and David Campbell, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED